IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01412-MSK-MEH

ANTHONY POLITZA,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut company doing business in Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2008.**

    Plaintiff's Motion for Leave to Amend Complaint [filed October 6, 2008; doc #19] is **granted**. Plaintiff shall file his Amended Complaint in accordance with D.C. Colo. LCivR 10.1E **on or before October 10, 2008**. Defendant shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15.