IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01412-MSK-MEH

ANTHONY POLITZA,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut company doing business in Colorado,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 9, 2008.**

    Defendant's Unopposed Motion for Leave to Appear by Telephone [filed December 8, 2008; docket #36] is **granted**. Defendant shall ensure that the client representative is available by telephone throughout the entire course of the settlement conference.